# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-1565
LT Case No. 2017-CF-001318-A

———————————————————

ROBERT S. ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

3.800 Appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Robert S. Anderson, Bushnell, pro se.

No Appearance for Appellee.

October 24, 2023

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————